IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHAKELA WILLIAMS,

    Plaintiff,

v.                        Case No. 1:17cv71-MW/CAS

NANCY A. BERRYHILL,
**Deputy Commissioner for Operations,**
**Social Security Administration,**

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 26, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 27. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner to deny Plaintiff Williams' application for Social Security benefits is **AFFIRMED** and Judgment entered for the Defendant." The request for oral argument is **DENIED**. The Clerk shall close the file.

**SO ORDERED on July 5, 2018.**

                                        s/Mark E. Walker    
                                        **United States District Judge**